Affirmed and Opinion filed October 23, 2003









Affirmed and Opinion filed October 23, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

     
NO. 14-03-00080-CR

      NO. 14-03-00081-CR

____________

 

JUAN MENDOZA, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 179th District
Court

Harris County, Texas

Trial Court Cause Nos. 897,791 &
898,160

 



 

M E M O R A N D U M  
O P I N I O N

Appellant entered a plea of guilty to the offenses of
aggravated robbery and aggravated sexual assault.  On January 16, 2003, the trial court
sentenced appellant to confinement for 25 years in the Institutional Division
of the Texas Department of Criminal Justice. 
Appellant filed pro se notices of appeal.








Appellant=s appointed counsel filed a brief in which he concludes the
appeals are wholly frivolous and without merit. 
The brief meets the requirements of Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), by
presenting a professional evaluation of the record demonstrating why there are
no arguable grounds to be advanced.  See
High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel=s brief was delivered to
appellant.  Appellant was advised of the
right to examine the appellate record and file a pro se response.  See Stafford v. State, 813 S.W.2d 503, 510 (Tex. Crim.
App. 1991).  As of this date, no pro se
response has been filed.

We have carefully reviewed the record and counsel=s brief and agree the appeals are
wholly frivolous and without merit. 
Further, we find no reversible error in the record.  A discussion of the brief would add nothing
to the jurisprudence of the state.

Accordingly, the judgments of the trial court are affirmed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed October 23, 2003.

Panel consists of Justices Yates,
Hudson, and Fowler. 

Do Not Publish C Tex. R.
App. P. 47.2(b).